**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| EDUARDO RODRIGUEZ RENTERIA, | : | |
| | : | Civil Action No. 12-2413 (NLH) |
| Petitioner, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| DONNA ZICKEFOOSE, | : | |
| | : | |
| Respondent. | : | |

For the reasons set forth in the Opinion filed herewith,

IT IS on this  7th   day of    March       , 2013,

ORDERED that the Petition is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction; and it is further

ORDERED that all pending Motions are DENIED as MOOT; and it is further

ORDERED that the Clerk of the Court shall close the Court's file in this matter.


At Camden, New Jersey          s/ Noel L. Hillman
                               Noel L. Hillman
                               United States District Judge